UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:08-CR-72-1F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Terrell Demtrius McCullum** | ) | |

On this the 8th day of September, 2010, comes Thomas E. Sheppard, U.S. Probation Officer, in open court at Wilmington, North Carolina, who shows the court that Terrell Demtrius McCullum appeared before the Honorable James C. Fox, Senior U.S. District Judge, with counsel on September 18, 2009, and upon a plea of guilty to Possession of Firearms by a Felon in violation of 18 U.S.C. §922(g)(1) and 924, was sentenced to the custody of the Bureau of Prisons for a term of one year and one day. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Terrell Demtrius McCullum was released from custody and the term of supervised release commenced on February 12, 2010.

From evidence presented, the court finds as a fact that Terrell Demtrius McCullum, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months.

**IT IS RECOMMENDED** that the defendant be designated to serve this sentence at FCI Butner.

**IT IS FURTHER RECOMMENDED** that the defendant be evaluated for his mental health condition.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 8th day of September, 2010.

James C. Fox
Senior U.S. District Judge